No. D–2235.  IN RE DISBARMENT OF HOLLINGSWORTH. Wayne B. Hollingsworth, of Naples, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2236.  IN RE DISBARMENT OF MUTTALIB.  Kalam Muttalib, of Cleveland, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2237.  IN RE DISBARMENT OF SCHACHLEITER.  Kenneth Thomas Schachleiter, of Cincinnati, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2238.  IN RE DISBARMENT OF ZDRAVKOVICH.  Dushko S. Zdravkovich, of Riva, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2239.  IN RE DISBARMENT OF ELKINS.  Robert J. Elkins, of Sarasota, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2240.  IN RE DISBARMENT OF FREDERICK.  Mark Evan Frederick, of Destin, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2241.  IN RE DISBARMENT OF GOMSRUD.  Richard George Gomsrud, of St. Paul, Minn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.